RECEIVED
MAY 07 2024
Clerk, U.S. Courts
District of Montana
Missoula Division

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

Stewart A. McCracken
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Deputy Ethan Atkins
" " Eric Lindauer
Mineral County Sheriff's Office
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [✓] Yes  [ ] No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. **The Parties to This Complaint**

    A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Stewart A. McCracken
- Address: 491 Shaw Gulch / P.O. Box 124
- City: Superior    State: MT    Zip Code: 59872
- County: Mineral
- Telephone Number: 406 590 6906
- E-Mail Address: mccrackenstewart@gmail.com

    B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
- Name: ~~Nathan~~ Ethan Atkins
- Job or Title: Sheriff's Deputy
- Address: 310 River Street / P.O. Box 99
- City: Superior    State: MT    Zip Code: 59872
- County: Mineral
- Telephone Number: 406 822 3555
- E-Mail Address:

[X] Individual capacity    [ ] Official capacity

Defendant No. 2
- Name: Eric Lindauer
- Job or Title: Sheriff's Deputy
- Address: 310 River St. / P.O. Box 99
- City: Superior    State: MT    Zip Code: 59872
- County:
- Telephone Number: 406 822 3555
- E-Mail Address:

[X] Individual capacity    [ ] Official capacity

Defendant No. 3
  Name: Mineral County Sheriff Department
  Job or Title (if known): Law enforcement
  Address: 310 River Street / P.O. Box 99
  City: Superior   State: MT   Zip Code: 59872
  County: Mineral
  Telephone Number: 406 822 3555
  E-Mail Address (if known):

  [ ] Individual capacity   [X] Official capacity

Defendant No. 4
  Name:
  Job or Title (if known):
  Address:
  City:   State:   Zip Code:
  County:
  Telephone Number:
  E-Mail Address (if known):

  [ ] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4TH, 5TH, 8TH, and 14TH Amendments of the Constitution

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

45·7·302

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

4913 Shaw Gulch Superior MT 59872

B. What date and approximate time did the events giving rise to your claim(s) occur?

11·21·22      2PM

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* criminally

THE 2 DEPUTIES under COLOR OF LAW TRESPASSED ON PRIVATE PROPERTY BY Remaining on private property AFTER Being Asked to leave, then AGAIN AFTER LEAVing Private Property Then Returning, while demanding I Give up my 4TH Amendment, I Refused to cooperate with the deputies unlawful Commands By Stating I HAD 4TH And 5TH Ammendment Rights. And chose to exercise Them, I was Threatend with Arrest For NOT giving up my Civil Rights And Freedoms upon their Demand. Arrested under code "MCA" 45·7·302./Mineral Co. Sheriff's OFFice Criminal CASE 22-468. To date Nearly 2 years Later I have Had NO DUE Process AFFORDED TO ME. ( Please See Attachment Marked "Statement of Claim (1)

I was released from custody after roughly 30 min outside in inclimate weather. 1 Deputy left private property again to retrieve his work vehichal #2 Deputy remained on private property after leaving then to ~~leaving then returning~~. #1. Deputy returned after roughly 30 min and "un arrested" me. I then answered all questions asked in fear of being arrested again if I did not.

Deputies Ethan Atkins, And Eric Lindauer under color of law Mineral Co. Sheriff's "Toth and Funk." office.

Witness: Kaila Frawley, Mike Frawley.

Victim: Stewart L. McCracken

Video's offered by Plantiff can be seen At Podunk News on YouTube.

4-30-24.

Stewart L. McCracken

Statement of Claim C.1

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

200,000.00 Mineral Co. Sheriff's department. Punitive damages. Civil Liberties, And Rights violations against me.

75,000.00 Deputy Eric Lindauer. Punitive damages. Civil Liberties, And Rights violations against me.

75,000.00 Deputy Ethan Atkins. Punitive damages. Civil Liberties, And Rights violations against me.

Respectfully asking that Judgment be entered against each defendant, And that the plaintiff be awarded the full amount of Punitive damages from each defendant.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4.30.29

Signature of Plaintiff: Stewart H. McCracken
Printed Name of Plaintiff: Stewart H. McCracken

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
                                City            State           Zip Code
Telephone Number
E-mail Address